FILED
19 FEB -6 PM 2:
CLERK, U.S. DISTRICT CO
SOUTHERN DISTRICT OF CALIF

BY  MME

DEP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury  **19 CR 0419 LAB**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALTER J. REYES,<br>　aka Walter Joel Reyes-Trochez,<br><br>　　　　Defendant. | Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1325 - Attempted Unlawful Entry by an Alien (Felony); Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Reentry of Removed Alien |

　　The grand jury charges:

### Count 1

　　On or about December 12, 2018, within the Southern District of California, defendant WALTER J. REYES aka Walter Joel Reyes-Trochez being an alien, knowingly and intentionally attempted to enter the United States at a time and place other than as designated by immigration officers, having previously committed the offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Case No. 12-MJ-10189-HCE, in the United States District Court for the District of Arizona on or about March 26, 2012; all in violation of Title 8, United States Code, Section 1325, a felony.

//

//

LGLA:cms:Imperial:2/6/19

## Count 2

On or about December 12, 2018, within the Southern District of California, defendant WALTER J. REYES aka Walter Joel Reyes-Trochez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States and his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Honduras, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant WALTER J. REYES aka Walter Joel Reyes-Trochez was removed from the United States subsequent to March 26, 2012.

DATED: February 6, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
LAUREN G. LABUFF
Assistant U.S. Attorney